```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                    Plaintiff(s)

          -vs-                              04-CR-6063T

     THOMAS TERRELL LOFTON

                    Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

    S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated:   Rochester, New York
         September 12, 2005