UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                                               DECISION AND ORDER

                                                                04-CR-6063L
                                                                09-CV-6110L

             v.

THOMAS T. LOFTON,

                Defendant.
_____

        Defendant Thomas T. Lofton filed a motion (Dkt. #180), *pro se,* which by its terms seeks to "reopen the Court's judgment" pursuant to FED. R. CIV. P. 60(b).

        In essence, Lofton asked this Court to reconsider its Decision and Order (Dkt. #165) entered June 23, 2010 denying Lofton's motion to vacate, brought pursuant to 28 U.S.C. § 2255 and denying a certificate of appealability. The appeal from that was dismissed by the Second Circuit.

        There is no basis in law or fact for this Court to reconsider its prior decision denying Lofton's § 2255 motion. Therefore, defendant's motion to reopen judgment (Dkt. #180) is in all respects denied.

        IT IS SO ORDERED.

                                                        _____
                                                            DAVID G. LARIMER
                                                      United States District Judge

Dated: Rochester, New York
        May 21, 2015.