**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

                    **Plaintiff,**

  **vs.**                                                      6:04CR06063L

**THOMAS TERRELL LOFTON,**

                    **Defendant.**

---

### ORDER AUTHORIZING PAYMENT FROM INMATE TRUST ACCOUNT

      This cause came on for consideration upon the government's motion (Dkt. #188) pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of the Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal monetary penalties imposed in this case.  As set forth in the government's motion, the Bureau of Prisons maintains in its possession, custody, or control approximately $2,768.12 in funds belonging to the defendant that are currently in the defendant's trust account.  The Court concludes that cause exists to grant the motion, and, therefore, it is hereby

      ORDERED that the Government's Motion to Authorize Payment from Inmate Trust Account is granted, and it is further

      ORDERED that the Bureau of Prisons is authorized to turnover to the Clerk of the Court the sum of $780 to satisfy the balance of the fine imposed on the inmate at sentencing, and the Clerk of the Court shall accept funds currently held in the trust account for the following inmate:

Thomas Terrell Lofton
Reg. No.: 12275-055
USP Allenwood
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887

    The Clerk shall apply these funds as payment towards the fine owed by the defendant in this case.

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       March 24, 2016.